# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### DOCKET NO. 5:14-MJ-2243-1

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| **Kenneth H. Sweet** | ) | |
| | ) | |

On February 4, 2015, Kenneth H. Sweet appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level – 4, was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on June 10, 2015, the court finds as a fact that Kenneth H. Sweet, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 15 days, commencing as soon as can be arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

**IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 12th day of June, 2015

James E. Gates
U.S. Magistrate Judge